No. 105. WILLIAMS *v.* HOWARD JOHNSON'S, INC., OF WASHINGTON. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. James H. Simmonds* and *Richard A. Mehler* for respondent.

No. 108. STEPHENSON *v.* UNITED STATES. C. C. P. A. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 115. DUNSCOMBE *v.* SAYLE, EXECUTRIX. C. A. 5th Cir. Certiorari denied. *John Wattawa* for petitioner. *C. Robert Burns* for respondent.

No. 116. HELMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Joe B. Goodwin* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States.

No. 110. VAN ZANDT ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *R. B. Cannon* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Gilbert E. Andrews* and *Frederick E. Youngman* for respondent.

No. 113. U. S. INDUSTRIES, INC., ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. *Frank D. MacDowell, Gordon Johnson, Jesse R. O'Malley* and *Julian O. Von Kalinowski* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum* and *Elliott Moyer* for the United States District Court, *Joseph L. Alioto* for No-Joint Concrete Pipe Co. et al., and *John Joseph Hall* for Perovich et al., respondents.